IN THE COUNTY OF MAONGOMERY
AND FOR THE FEDERAL COURT OF ALABMA

ANGELA DENISE NAILS,

    Plaintiff,

MARCUSE STEENSLAND,

    Defendant,

Case No 1:06-CV-00799-WKW

RECEIVED
2006 SEP -6 A 9:16

COMPLAINT OF NEGLIGENCE

The case follows under the Jurisdiction Article III Section 2a Consitional law. Subject matter question controversy of $400,000.00 dollars. Subject matter question the defendant is accused of a criminal act against a citizen who the defendant removed from the plaintiff home and liberty without cause of sending the plaintiff to the Dothan, Alabama county jail for eight days. The defendant knowingly provided a arrest warrant for the plaintiff because the plaintiff wrote the defendant a letter asking the defendant to remove a personal protection order form a person after the protection order was in effect for three months the plaintiff made a request that the order be removed by making a lawful request given by the law for the plaintiff to make this request. The defendant took advantage of the defendant position which code of Alabama 1975 Title 30 dose not recognize immunity for the defendant title section 30-5B-6 Immunity. The plaintiff is demanding due process. The defendant is a resident of Alabama. The plaintiff is a resident of Alabama. The defendant Judge Marcus

*Steensland who has rejected the civil liberty laws of the constitution against the plaintiff rights to enable any person due process. under the immunity rule no civil suite can be filled because Judges are immune to civil action against them, unless the Judges has created a criminal situation that was not a part of the Judges duties. During or before a criminal hearing the defendant on trail has the right to an attorney, the defendant did not have legal counsel provided before court hearing or incarceration. The defendant did never reconsider the assistant of an attorney. The defendant incarcerated the plaintiff because the plaintiff wrote a letter to the defendant asking that a personal protection order be removed form an individual who the plaintiff requested an order on and the person did not come to the personal protection hearing. The plaintiff letter was warranted to the defendant. Civil Rule of Procedure allows anyone who is charged with a criminal offense to have a court appointed attorney before a hearing and before being questioned and taken to jail. In the plaintiff case the defendant did not use his judgement correctly as a Houston County Judge who the people granted the defendant to do due process of the laws. The plaintiff never received due process form the injury of the defendant judgement. The harassment from the defendant in 2006 while in the public post office. The plaintiff was standing in the post office line with the plaintiff back turn around the plaintiff turned around and the defendant was standing behind the plaintiff looking at the plaintiff for 20 seconds without cause. The defendant than came back into the post office after leaving the post office and headed down the line were the plaintiff was standing in line. The defendant went against the laws of Civil Rule of Procedure in each aspect. Criminal issues are not a part of the immunity process for a Judge. Immunity*

*is not granted as a part of due the due process of having Judge. Complaint mail to defendant 114 South Oats Street Dothan, Alabama 36301.*

*[signature: Angela Denise Nails]*
ANGELA DENISE NAILS

PRO SE