IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANGELA DENISE NAILS,

    Plaintiff,　　　　　　　　Case No. 06-cv-799-WKW

MARCUS STEESLAND,

    Defendant,

SUBJECT MATTER JURDISTION

The plaintiff case is lacking Subject Matter Jurisdiction. Federal Civil Rule of Procedure. Rule 8(a) claim for relief. 8(a)(1) a short and plain statement of grounds upon which the court's jurisdiction depends.

Federal Civil Rule of Procedure the United States of America Constitution the fourteen amendment private law is n contradistinction to public law.

App. 765, 991 P.2d 107 (2000), holding the criminal harassment. State v. Willimams, 98Wn. App. 766, 774, 991 P2d 107 (2000). First and Second Criminal harassment. As well RCW 9A, 46. 020(1) (a) (iv) reasonable fear

*that the threat will be carried out. Hill, 482 U.S. at 461 placed in reasonable fear of substantial harm to him or her physical or mental health.*

*The plaintiff case arises from the fourteen amendments.*

*Angela Denise Nails*
ANGELA DENISE NAILS

PRO SE